# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Regina Boston,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv183

Educational Credit Mangement Corporation,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 10, 2012 Order.

                                        Signed: April 10, 2012

                                        *[signature]*

                                        Frank G. Johns, Clerk
                                        United States District Court