# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Regina Boston,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:12cv183

Educational Credit Mangement Corporation,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 10, 2012 Order.

                                       Signed: April 10, 2012

                                       Frank G. Johns, Clerk
                                       United States District Court